**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Ashley Vick and Douglas Ray Dooley, II, Defendants,

Of Whom Ashley Vick is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2015-000914

_____

Appeal From Lexington County
Deborah Neese, Family Court Judge

_____

Unpublished Opinion No. 2015-UP-529
Submitted October 27, 2015 – Filed November 19, 2015

_____

**AFFIRMED**

_____

Anna Rawl Good, of Law Office of Anna Good, LLC, of Columbia, for Appellant.

Anne Marie Ugarte, of the University of South Carolina School of Law, of Columbia, for Respondent.

Robin Page, of Law Office of Robin Page, LLC, of Columbia, for the Guardian ad Litem.

--------

**PER CURIAM:**  Ashley Vick appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Ashley Vick's counsel.

**AFFIRMED.**[1]

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

--------

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.